■ In the Matter of SCOTT MYERS, Petitioner, v NANCY T. SUNSHINE, County Clerk, Kings County, Respondent. [38 NYS3d 817]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Nancy T. Sunshine, County Clerk, Kings County, inter alia, to calendar motions filed in an action entitled *Bassile v Myers*, pending in the Supreme Court, Kings County, under index No. 41439/04, and application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (*see* CPLR 506 [b]; 7804 [b]). Eng, P.J., Leventhal, Hinds-Radix and Connolly, JJ., concur.